UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff,

-vs-     Case No. 5:10-cr-24-Oc-28GJK

**ROBERT E. SIMMONS**

        Defendant.

## ORDER

This case is before the Court on Defendant's Ore Tenus Motion for a Mental Competency Evaluation entered on July 27, 2010. The Defendant was examined by Rodolfo A. Buigas, Ph.D. at the Federal Detention Center in Miami, Florida. The United States Magistrate Judge held a competency hearing on December 20, 2010 pursuant to Section 4241 to address whether the Defendant is competent to stand trial and has submitted a report recommending that the Court find that Defendant is competent to stand trial.

After an independent *de novo* review of the record in this matter, and noting that the Government has filed a notice of no objection to report and recommendation (Doc. No. 25, filed January 7, 2011) and the Defendant has filed a notice of no objection to report and recommendation (Doc. No. 27, filed January 12, 2011), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 20, 2010 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the Defendant Robert E. Simmons is competent to stand trial.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __21__ day of January, 2011.

```
                              JOHN ANTOON II
                              United States District Judge
```

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party